Núm. 5860.—Pueblo, apldo. *v.* Quintana, aplte.— Mayo 27, 1936.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

Por cuanto, Cosme Quintana fué acusado por el Fiscal de la Corte de Distrito de Humacao como autor de un delito de portar sobre su persona un revólver, arma prohibida;

Por cuanto, el caso fué sometido a la corte por la prueba practicada en el de *El Pueblo* v. *Quintana*, por asesinato, y la corte lo decidió por sentencia de 24 de mayo, 1935, declarando culpable al

acusado e imponiéndole la pena de dos meses de cárcel, sin costas, después de haber desestimado en mayo 9, 1935, una solicitud de nuevo juicio;

POR CUANTO, el acusado apeló de la negativa del nuevo juicio y de la sentencia, tramitándose conjuntamente ambos recursos; y

POR CUANTO, el único error que se señala es el de que la sentencia es contraria a la prueba y analizada ésta resulta evidente que el acusado portaba el revólver en una de las calles del pueblo de Juncos el día indicado en la acusación.

POR TANTO, se declaran sin lugar ambos recursos y se confirman la resolución y la sentencia recurridas.

Los Jueces Asociados Sres. Córdova Dávila y Travieso no intervinieron.